**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO: 3:07-cr-233-J-33HTS

MARK TIMOTHY LEWIS
  a/k/a M.L.

## O R D E R

This cause is before the Court on Defendant Lewis' Emergency Motion for Medical Attention (Doc. #232; Motion). A hearing was held in relation thereto on July 9, 2008. At the hearing, Defendant indicated he had recently received the particular medical care sought, including toenail removal, bandages, and antibiotic cream. Indeed, he was feeling "one hundred times better."

Having heard the positions of the parties, and being otherwise fully advised in the premises, the Motion is **DENIED** without prejudice to the filing of a similar request should circumstances warrant.

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of July, 2008.

/s/ Howard T. Snyder
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

counsel of record
    and pro se parties, if any